1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

           Plaintiff,

    v.

B. D. PHILLIPS, et al.,

           Defendants.

Case No. 23-cv-03397-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner incarcerated at the California Substance Abuse Treatment Facility ("CSATF"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2023, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted an *in forma pauperis* application. Dkt. 3. This matter has been assigned to the undersigned Magistrate Judge. Dkt. 4.

The acts complained of occurred at CSATF in Corcoran, California which is located in the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district. If plaintiff wishes to further pursue this action, he must complete the *in forma*

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

*pauperis* application required by the United States District Court for the Eastern District of California and mail it to that district.

IT IS SO ORDERED.

Dated: July 13, 2023

DONNA M. RYU
Chief Magistrate Judge